FORM B6A
(6/90)

In re:  **Robert L. Herron**            **Donna L. Herron**            ,   Case No.  **03-10383**
   Debtor                                                                  (If known)

# AMENDED - SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Real property (28 acres) located on Sharon Road, Fairview/Fletcher, Buncombe County, North Carolina | Tenants by entireties | J | $ 225,000.00 | $ 330,000.00 |
| Real property (55.79 acres) and improvements (house and farm buildinig) located at 444 Lower Brush Creek Road, Fletcher, Buncombe County, North Carolina | Tenants by entireties | J | $ 275,000.00 | $ 330,000.00 |
| | | Total ➤ | $ 500,000.00 | |

(Report also on Summary of Schedules.)

FORM B6C
(6/90)

In re  Robert L. Herron          Donna L. Herron                    , Case No. 03-10383
Debtor.                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1)     Exemptions provided in 11 U.S.C. § 522(d).   **Note: These exemptions are available only in certain states.**

☒ 11 U.S.C. § 522(b)(2)     Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1978 Chevrolet one-ton | G.S. § 1C-1601(a)(5) | 500.00 | 500.00 |
| 1978 Ford Bronco | G.S. § 1C-1601(a)(3) | 500.00 | 500.00 |
| 1993 Ford Bronco | G.S. § 1C-1601(a)(3) | 1,000.00 | 1,000.00 |
| 1993 Ford F-250 | G.S. § 1C-1601(a)(3) | 2,500.00 | 2,500.00 |
| 2 shotguns | G.S. § 1C-1601(a)(4) | 100.00 | 100.00 |
| clothing and personal effects | G.S. § 1C-1601(a)(4) | 100.00 | 100.00 |
| Funds on deposit with CCB, Arden, N.C. (balance varies daily/weekly) | G.S. § 1-362 | 1,200.00 | 1,200.00 |
| Household furnishings including furniture, kitchen appliances, Monitor heater and computer | G.S. § 1C-1601(a)(4) | 825.00 | 825.00 |
| Real property (55.79 acres) and improvements (house and farm buildinig) located at 444 Lower Brush Creek Road, Fletcher, Buncombe County, North Carolina | G.S. § 1C-1601(a)(1); Art. X, § 2 Of Const. | 20,000.00 | 275,000.00 |
| see attached | G.S. § 1C-1601(a)(5) | 1,000.00 | 17,950.00 |

FORM B6D
(6/90)

In re:   Robert L. Herron            Donna L. Herron            Case No.   03-10383

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   152488-17<br>Carolina Farm Credit<br>PO Box 1827<br>Statesville NC 28687 | | J | deed of trust<br>Real property (2.5 acres) and house<br><br>VALUE $50,000.00 | | | | 30,000.00 | 0.00 |
| ACCOUNT NO.   15248820/302363716<br>Carolina Farm Credit<br>PO Box 1827<br>Statesville NC 28687 | | J | deed of trust<br>Real property located at 444 Lower Brush Creek Road, Fletcher (55.79 acres) and on Sharon Road, Fairview/Fletcher (28 acres), Buncombe County, North Carolina and lien on furniture, fixtures and equipment<br><br>VALUE $275,000.00 | | | | 300,000.00 | 0.00 |

0 Continuation sheets attached

Subtotal ➤ (Total of this page)   $330,000.00

Total ➤ (Use only on last page)   $330,000.00

(Report total also on Summary of Schedules)

## DECLARATION

We, the undersigned debtors in this case, declare under penalty of perjury that we have read the foregoing and that it is true and correct to the best of our information and belief.

Signature: _____
Robert L. Herron

Signature: _____
Donna L. Herron

Date: 5-20-03