IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 03-10383/Chapter 12 Proceeding |
| | ) | |
| ROBERT L. HERRON and | ) | APPLICATION FOR FEE |
| DONNA L. HERRON d/b/a | ) | |
| Piney Hill Dairy, | ) | |
| | ) | |
| Debtors. | ) | |

The undersigned attorney for captioned applies for a fee in this matter and says as follows:

1. The debtors filed a voluntary Chapter 12 proceeding before this Court on April 3, 2003 and by order entered thereafter, the debtors were authorized to employ David G. Gray for representation in said proceeding.

2. Attached to this application (and available to any party upon written request of the undersigned) is itemization of time expended and expenses incurred between February 26, 2003 and February 2, 2004 which shows that the undersigned expended 27.15 hours and incurred costs of $71.00. All time expended was for the benefit of the estate of the debtors and their creditors.

3. The attorney believes that the normal charge in the community of the Western District of North Carolina for this type service is at least an average of $295.00 per hour and can produce testimony or affidavits of other attorneys practicing before this Court to substantiate this allegation. The undersigned believes that $295.00 is a reasonable charge for his services to the estate of the debtors.

THEREFORE, the undersigned applies to the Court for an order allowing a fee as an administrative expense of the Chapter 12 proceeding for services rendered between February 26, 2003 and February 2, 2004 in an amount up to but no more than $8,009.25 plus cost reimbursement of $71.00 for total of $8,080.25 and for other appropriate relief.

This the 5th day of February, 2004.

David G. Gray, Attorney for Debtors
N.C. State Bar No. 1733

WESTALL, GRAY, CONNOLLY & DAVIS, P.A.
81 Central Avenue, Asheville, North Carolina 28801
Tel: (828) 254-6315/Fax: (828) 255-0305

WESTALL, GRAY, CONNOLLY & DAVIS, PA
David G. Gray, Attorney
81 Central Avenue
Asheville, NC 28801

Invoice submitted to:
Robert & Donna Herron
444 Lower Brush Creek Road
Fletcher NC 28732

February 04, 2004

Invoice #10522

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 2/26/2003 | Initial Chapter 12 conference | 1.50 295.00/hr | 442.50 |
| 3/13/2003 | Follow-up conference; preparation of worksheets for Chapter 12 filing | 1.00 295.00/hr | 295.00 |
| 4/3/2003 | Finalizing Chapter 12 petition for filing; preparation of motion to secure fees/costs | 2.00 295.00/hr | 590.00 |
| | Telephone call - Donna Herron re filing confirmation | 0.10 295.00/hr | 29.50 |
| 4/22/2003 | Court - motion to secure fees w/deed of trust | 0.50 295.00/hr | 147.50 |
| 4/24/2003 | Prepare order allowing fees/costs to be secured by deed of trust | 0.50 295.00/hr | 147.50 |
| 4/28/2003 | Prepare order allowing securing of fees | 0.25 295.00/hr | 73.75 |
| 5/9/2003 | Telephone call - Donna Herron re sale of property | 0.25 295.00/hr | 73.75 |
| 5/12/2003 | Prepare motion to sell Sharon Road property | 1.00 295.00/hr | 295.00 |
| 5/14/2003 | Section 341(a) meeting | 0.75 295.00/hr | 221.25 |

Robert & Donna Herron                                                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/22/2003 | Telephone call - Rudow | 0.10<br>295.00/hr | 29.50 |
| 5/23/2003 | Voice mail call to Rudow | 0.10<br>295.00/hr | 29.50 |
| 6/3/2003 | Telephone calls - Herrons re sale of property and response of Farm Credit | 0.20<br>295.00/hr | 59.00 |
| 6/6/2003 | Telephone call - Jeff McNeely re judgment | 0.25<br>295.00/hr | 73.75 |
| 6/18/2003 | Court - motion to sell; approved | 0.25<br>295.00/hr | 73.75 |
| 6/27/2003 | Conference with Herrons for preparation of Chapter 12 plan | 1.75<br>295.00/hr | 516.25 |
| 7/1/2003 | Final revisions/additions to Chapter 12 plan; call to Herrons for time to review/sign | 0.75<br>295.00/hr | 221.25 |
|  | Conference with Herrons re plan | 0.25<br>295.00/hr | 73.75 |
| 7/3/2003 | Deed of Trust to secure fees to Register of Deeds for recordation | 0.25<br>295.00/hr | 73.75 |
| 7/9/2003 | Telephone call - Donna Herron re CFC letter | 0.10<br>295.00/hr | 29.50 |
| 7/15/2003 | Final review of amendment to exemptions; to Herrons for verifications | 0.10<br>295.00/hr | 29.50 |
| 7/25/2003 | Voice mail - Marc Rudow | 0.10<br>295.00/hr | 29.50 |
|  | Fax information to Stephen Barnwell re sale to Nesbitt | 0.20<br>295.00/hr | 59.00 |
| 8/6/2003 | Review of plan; make revisions per conference with Trustee | 1.00<br>295.00/hr | 295.00 |
| 8/8/2003 | Telephone call - Mark Pinkston | 0.10<br>295.00/hr | 29.50 |
|  | Telephone calls - Herrons and Barnwell re status of Nesbitt closing | 0.25<br>295.00/hr | 73.75 |
| 8/11/2003 | Telephone call - Donna Herron re language on amended plan | 0.25<br>295.00/hr | 73.75 |

Robert & Donna Herron																			Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/11/2003 | Revisions to amended plan | 0.25<br>295.00/hr | 73.75 |
| 8/18/2003 | Telephone call - Dan Bruton | 0.20<br>295.00/hr | 59.00 |
| 8/20/2003 | Herron - confirmation hearing bankruptcy court cont. 9/17 | 0.10<br>295.00/hr | 29.50 |
| 9/15/2003 | call w/donna re: hearing and chapter 12 plan | 0.20<br>295.00/hr | 59.00 |
| 9/16/2003 | call w/dan bruton re: hearing on 9/17 resolution; call w/mark rudow re: hearing 9/17 continued | 0.40<br>295.00/hr | 118.00 |
| 9/17/2003 | bankruptcy court; continued to 10/22/03 | 0.10<br>295.00/hr | 29.50 |
| 10/7/2003 | call to Marc Rudow | 0.10<br>295.00/hr | 29.50 |
| 10/8/2003 | call to Mark Pinkston | 0.10<br>295.00/hr | 29.50 |
|  | changes to Chapter 12 plan | 0.25<br>295.00/hr | 73.75 |
| 10/10/2003 | letter to Robert & Donna re: taxes | 0.20<br>295.00/hr | 59.00 |
|  | prepared 2nd amended Chapter 12 Plan for approval | 1.50<br>295.00/hr | 442.50 |
| 10/13/2003 | call with Herron re: redraft of Chapter 12 plan per Bruton's letter | 0.50<br>295.00/hr | 147.50 |
| 10/14/2003 | call to Mark Pinkston | 0.10<br>295.00/hr | 29.50 |
| 10/15/2003 | call to Robert Herron (.1); fax copy of Chapter 12 plan to Pinkston & Rudow (.2) | 0.30<br>295.00/hr | 88.50 |
| 10/20/2003 | office conference with Mark Rudow re: revised Chapter 12 Plan | 0.50<br>295.00/hr | 147.50 |
|  | call to Mark Rudow | 0.10<br>295.00/hr | 29.50 |
| 10/21/2003 | call with Dan Bruton re: CFC position | 0.25<br>295.00/hr | 73.75 |

Robert & Donna Herron                                                                                      Page     4

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/21/2003 | call with Dan Bruton | 0.25<br>295.00/hr | 73.75 |
|  | call toMarc Rudow re: court | 0.10<br>295.00/hr | 29.50 |
|  | call with Mark Pinkerton re: confirmation plan | 0.25<br>295.00/hr | 73.75 |
| 10/22/2003 | confirmation hearing - continued to 11/19/2003 | 0.10<br>295.00/hr | 29.50 |
| 11/18/2003 | Telephone call - Dan Bruton | 0.10<br>295.00/hr | 29.50 |
|  | Telephone call - Pinkston re court | 0.10<br>295.00/hr | 29.50 |
|  | Telephone call - Donna Herron re hearing | 0.25<br>295.00/hr | 73.75 |
| 11/19/2003 | Hearing - confirmation of plan | 1.50<br>295.00/hr | 442.50 |
| 12/9/2003 | Telephone call - Pinkston | 0.10<br>295.00/hr | 29.50 |
|  | Revisions to Chapter 12 Plan | 1.00<br>295.00/hr | 295.00 |
| 12/12/2003 | Telephone call - Donna Herron re plan and payments (.25); revisions to plan and circulate (.5) | 0.75<br>295.00/hr | 221.25 |
|  | Fax & e-mail - Bryton; response | 0.40<br>295.00/hr | 118.00 |
| 12/17/2003 | Court - plan confirmation hearing | 1.00<br>295.00/hr | 295.00 |
|  | Initial draft of confirmation order | 0.10<br>295.00/hr | 29.50 |
| 12/18/2003 | Draft of confirmation order and confirmed plan | 1.00<br>295.00/hr | 295.00 |
| 12/30/2003 | Receipt of plan comments from Pinkston | 0.10<br>295.00/hr | 29.50 |
| 1/16/2004 | Telephone call - Donna Herron re Biltmore Oil claim | 0.10<br>295.00/hr | 29.50 |

Robert & Donna Herron                                                                                           Page    5

|            |                                                              | Hrs/Rate      | Amount     |
|------------|--------------------------------------------------------------|---------------|------------|
| 1/23/2004  | Revisions to plan/confirmation order                         | 0.25 295.00/hr | 73.75     |
| 1/26/2004  | Finalize confirmation order                                  | 0.25 295.00/hr | 73.75     |
| 1/28/2004  | Telephone call - Donna Herron re plan; judgments             | 0.20 295.00/hr | 59.00     |
| 2/2/2004   | Finalize confirmation order and submit for entry             | 0.25 295.00/hr | 73.75     |
|            | For professional services rendered                           | 27.15         | $8,009.25  |
|            | Additional Charges :                                         |               |            |
| 7/24/2003  | Costs involved in recording deed of trust to secure fees     |               | 71.00      |
|            | Total costs                                                  |               | $71.00     |
|            | Total amount of this bill                                    |               | $8,080.25  |
|            | Balance due                                                  |               | $8,080.25  |

STATE OF NORTH CAROLINA

COUNTY OF BUNCOMBE                          AFFIDAVIT AS TO ITEMIZATION OF HOURS

   The undersigned, being first duly sworn, deposes and says that he has read the foregoing itemization and such are true and correct hours expended and costs incurred by him between February 26, 2003 and February 2, 2004 in the Chapter 12 proceeding of Robert & Donna Herron, Case No. 03-10383

   This the 5th day of February, 2004.

_____
David G. Gray

SUBSCRIBED AND SWORN TO before me this 5th day of February, 2004.

_____
Notary Public

My Commission Expires: April 2, 2008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 03-10383/Chapter 12 Proceeding |
| | ) | |
| ROBERT L. HERRON and | ) | NOTICE OF OPPORTUNITY |
| DONNA L. HERRON d/b/a | ) | FOR HEARING |
| Piney Hill Dairy, | ) | |
| | ) | |
| Debtors. | ) | |

    TAKE NOTICE that fee application has been filed by attorney for the debtors; a copy of the application accompanies this notice.

    TAKE FURTHER NOTICE that any response, including objection, to the relief requested in the attached application must be filed in writing with the Clerk of the Bankruptcy Court (100 Otis Street, Asheville NC 28801) within 20 days of the date of this Notice and a copy served on the attorney identified below and upon other parties as required by law or Court order. Any response shall clearly identify the specific application to which the response is directed, and it shall comply fully with Local Bankruptcy Rule 7.

    TAKE FURTHER NOTICE that no hearing will be held on the application unless a written response is timely filed and served, in which case the Court will conduct a hearing on March 17, 2004 at 9:30 a.m. or thereafter as called for hearing before the Bankruptcy Judge Presiding in the first floor courtroom of the United States Courthouse, 100 Otis Street, Asheville, North Carolina. No further notice of this hearing will be given.

    This the 5th day of February, 2004.

                                                           David G. Gray, Attorney for Debtors
                                                           N. C. State Bar No. 1733

WESTALL, GRAY, CONNOLLY & DAVIS, P.A.
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | 03-10383/Chapter 12 |
| | ) | |
| ROBERT L. HERRON and | ) | CERTIFICATE OF SERVICE |
| DONNA L. HERRON d/b/a | ) | |
| Piney Hill Dairy, | ) | |
| | ) | |
| Debtors. | ) | |

The undersigned certifies that copy of Notice and Application for Fee has this day been served upon each party listed on the attached mailing matrix, said service being by first class mail in a properly addressed envelope with adequate postage affixed.

This the 5th day of February, 2004.

_____
David G. Gray, Attorney for Debtors
N. C. State Bar No. 1733

WESTALL, GRAY, CONNOLLY & DAVIS, P.A.
81 Central Avenue
Asheville, North Carolina 28801
Tel: (828) 254-6315
Fax: (828) 255-0305

Alderwoods Group
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

Alderwoods Group
P.O. Box 740933
Dallas, TX 75374

Alderwoods Group
191 Amboy Road
Asheville NC 28806

Daniel C. Bruton
BELL, DAVIS & PITT, P.A.
Post Office Box 21029
Winston-Salem, NC 27120-1029

Buncombe Co. Tax Collector
Buncombe Co. Courthouse
60 Court Plaza
Asheville NC 28801

Carolina Farm Credit, ACA
Attn: Bobby Goodin
P.O. Box 1827
Statesville, NC 28687

Crystal Farms Mills, Inc.
c/o Frank B. Jackson, Atty
PO Box 1666
Hendersonville NC 28793

Crystal Farms Mills, Inc.
Post Office Box 7101
Chestnut Mountain, Georgia 30502

Deal Rite Feeds, Inc.
109 Anna Drive
Statesville NC 28625

Internal Revenue Service
INSOLVENCY III
320 Federal Place, Room 327
Greensboro, NC 27401

Fender's Dairy Equipment, Inc.
10 Brookview Drive
Candler NC 28715

Fletcher Feed
PO Box 96
Fletcher NC 28732

Furst-McNess Company
% Christopher Small, Atty
1078 W. Fourth Street
Winston-Salem NC 27101

G & M Milling Company
4000 Taylorsville Hwy.
Statesville NC 28625

Robert & Donna Herron
444 Lower Brush Creek Rd
Fletcher NC 28732

Mark A. Pinkston
P.O. Box 7376
Asheville, NC 28802

Roberts & Stevens P.A.
P. O. Box 7647
Asheville, NC 28802

Southeast Select Sires
3789 Old Port Royal Road
Spring Hill TN 37174

Spartan Grain
% Purina Mills
PO Box 248
Camp Hill PA 17011

U. S. Cellular-Tn.
7525 Mitchell Road
Minneapolis MN 55344

WNC Vet
309 Long Shoals Road
Arden NC 28704

William Funeral Services
856 Tunnel Road
Asheville NC 28805